

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00268-CV

———————————————

IN THE INTEREST OF Z.R., Z.R., T.T., B.E., B.E., AND B.E., CHILDREN

---

On Appeal from the 360th District Court
Tarrant County, Texas
Trial Court No. 360-738687-23

---

Before Bassel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered Appellant B.E.'s "Motion to Dismiss." We grant the motion and dismiss B.E.'s appeal only. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: August 21, 2025